IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01630-KLM
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ERIN L. BATISTE,

 Plaintiff,

v.

CMHI – FORT LOGAN,

 Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, a detainee at the Colorado Mental Health Institute at Fort Logan, has submitted *pro se* a District Court Civil Summons (ECF No. 1), a Civil Cover Sheet (ECF No. 1-1), and a Notice: Appointment of Counsel and Hearing (ECF No. 1-2)[1]. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) **xx** **is not submitted**
(2) __ is missing affidavit
(3) **xx** **is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing**
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information

---

[1] "(ECF No. __)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

| | | |
|---|---|---|
| (6) | **xx** | **is missing authorization to calculate and disburse filing fee payments** |
| (7) | __ | is missing an original signature by the prisoner |
| (8) | __ | is not on proper form (must use the court's current form for a prisoner) |
| (9) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | **xx** | **other: motion and authorization are necessary only if filing and administrative fees totaling $402.00 are not paid in advance.** |

**Complaint, Petition or Application**:
| | | |
|---|---|---|
| (11) | **xx** | **is not submitted** |
| (12) | __ | is not on proper form (must use the Court's form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | names in caption do not match names in text |
| (17) | __ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | __ | other: _____. |

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of Court mail to Plaintiff, together with a copy of this order, a blank copy of each of the following forms: 1) Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; 2) Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure all the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

DATED June 27, 2023.

2

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge